STATE OF NEW JERSEY v. MICHAEL DOYLE.

May 31, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ROSE DIPASQUALE JAMES.

May 31, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. VICTOR M. RIVERA.

May 31, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. SHERRY ANNE STEVENS.

May 31, 1983.

Petition for certification denied.

STATE IN THE INTEREST OF M.K.

May 31, 1983.

Petition for certification denied.